**Motion Granted; Vacated and Remanded and Memorandum Opinion filed July 23, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00504-CV

---

## IN THE INTEREST OF K.T. AND R.D.T., CHILDREN

---

**On Appeal from County Court at Law No. 2
Galveston County, Texas
Trial Court Cause No. 07-FD-2827**

---

## M E M O R A N D U M   O P I N I O N

On July 13, 2015, the parties filed a joint motion to set aside the trial court's judgment and remand the cause to the trial court.[1]  *See* Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the judgment is vacated and the cause remanded to the trial court.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.

---

[1] The motion is entitled "JOINT MOTION TO DISMISS APPEAL" but the body of the motion requests vacatur and remand.